**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7379**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

AQUABEUS MOORE,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:15-cr-00386-RMG-2)

Submitted:  April 28, 2022                              Decided:  June 3, 2022

Before GREGORY, Chief Judge, and MOTZ and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Aquabeus Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aquabeus Moore appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record on appeal and conclude that the district court did not abuse its discretion in denying Moore's motion. *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir.) (providing standard), *cert. denied*, 142 S. Ct. 383 (2021). Accordingly, we deny Moore's motion for appointment of counsel and affirm for the reasons stated by the district court. *United States v. Moore*, No. 2:15-cr-00386-RMG-2 (D.S.C. Sept. 13, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*